UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| LASONYA MOORE | ) |
| | ) |
| v. | ) NO. 1:09-0055 |
| | ) JUDGE ECHOLS |
| UCAR CARBON COMPANY, INC. | ) |

### ORDER

By Order entered October 1, 2009, the Magistrate Judge inadvertently scheduled the final pretrial conference in this case for September 10, 2010 (Docket Entry No. 19). The correct date for the conference is **Monday, September 13, 2010.** The time and place remain the same, i.e. 2:30 p.m. in Nashville, Tennessee.

Counsel and the parties are directed to note this change on their calendars.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE