IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

LASONYA MOORE )
)
v. ) NO. 1-09-0055
) JUDGE CAMPBELL
UCAR CARBON CO., INC. )

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 36), Objections filed by the Plaintiff (Docket No. 43), and Defendant's Response to those Objections (Docket No. 44).

Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(3) and Local Rule 72.03(b)(3), the Court has reviewed *de novo* the Report and Recommendation, the Objections, and the file. The Objections of the Plaintiff are overruled, and the Report and Recommendation is adopted and approved.

Accordingly, Defendant's Motion for Summary Judgment (Docket No. 27) is GRANTED, and this action is DISMISSED. The bench trial set for May 3, 2011, and the pretrial conference set for April 18, 2011, are canceled. Any other pending Motions are denied as moot, and the Clerk is directed to close the file.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE